UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH W. SHEPARD,<br>    Plaintiff,<br><br>    v.<br><br>RHODE ISLAND DEPARTMENT OF CORRECTIONS; GLENN TUCKER, *in his official and individual capacity*; UNNAMED MEDICAL STAFF; KIMBERLY KANE, *in her official and individual capacity*; and CAROLYN TARABORELLI-BAXTER, *in her official and individual capacity*,<br>    Defendants. | No. 25-cv-361-JJM-PAS |

## ORDER

Joseph W. Shepard is incarcerated with the Rhode Island Department of Corrections ("RIDOC"). He has sued various RIDOC staff claiming Eight and Fourteenth Amendment violations by "prolonged and deliberate medical neglect." The Court recently denied his Emergency Motion for Injunctive Relief. ECF No. 21. There are two pending motions—Plaintiff's Motion to Supplement the Record (ECF No. 22) and Plaintiff's Motion for a Preliminary Injunction. (ECF No. 23).

The Court GRANTS Plaintiff's Motion to Supplement the Record (ECF No. 22) as unopposed.

The Court DENIES Plaintiff's Motion for a Preliminary Injunction (ECF No. 23). While the Court agrees with Plaintiff that any retaliation for filing grievances, or denial of access to the courts is potentially prohibited conduct, there is

no evidence before the Court that any of the Defendants are engaging in such inappropriate activities.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

March 2, 2026